UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Sean ANOMAN, also known as Mike Jones, also known as Joseph James Anoman, Defendant–Appellant.

No. 06–40774
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

Ernest Gonzalez, U.S. Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gerald W. Cobb, Philips & Hopkins, Denton, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Michael Sean Anoman has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Anoman has filed a response. Although Anoman asserts that his counsel provided ineffective assistance, the record is insufficiently developed to allow consideration of this issue on direct appeal. *See United States v. Higdon,* 832 F.2d 312, 313–14 (5th Cir.1987). Our independent review of the brief, Anoman's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Anoman's request for the appointment of a new attorney is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.